No. 17,308.

LEE ET AL. v. THE CITIZENS' BUILDING, LOAN AND SAVINGS ASSOCIATION.

From the Huntington Circuit Court.

*M. L. Spencer, W. A. Branyan* and *J. M. Hatfield,* for appellants.
*J. B. Kenner* and *U. S. Lesh,* for appellee.

JORDAN, J.—By the record of this cause, and the assignment of error thereon, the same questions are presented for the decision of this court as were decided in the case of *Wohlford* v. *Citizens' Building, etc., Assn.,* herein, 140 Ind. 662. Upon the authority of that case the judgment in this cause is affirmed, with cost.

Filed May 17, 1895.

No. 17,433.

KELLY v. THE CITY OF CRAWFORDSVILLE.

From the Montgomery Circuit Court.

*J. Wright* and *J. M. Seller,* for appellant.
*Thomas & Whittington,* for appellee.

MONKS, J.—The questions in this case are the same as those in *Berkey* v. *City of Elkhart,* 141 Ind. 408, and, on the authority of that case, this cause is transferred to the Appellate Court.

Filed June 4, 1895.